UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3019 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| ROBERT F. RIGHTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on before the Court upon the United States' Motion for Final Order of
Forfeiture (Filing No. 69). The Court reviews the record in this case and, being duly advised in the
premises, finds as follows:

1. On October 4, 2011, the Court entered a Preliminary Order of Forfeiture pursuant to the
provisions of Title 18, United States Code, Sections 2252A(a)(2)(A) and (B) and 2253, based upon
the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein.
By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties
was forfeited to the United States:

   a.      One Dell Inspiron computer, Serial # DCZ2PL1;

   b.      One HP ZE5570US laptop computer, Serial #CNF3381JSG;

   c.      One HP Pavillion DV6000 laptop computer, Serial #CNF7255G7R;

   d.      One Seagate Momentus 5400.3 Hard Drive, Serial #5MA2TY5L (removed
            from HP Pavillion DV 6000 laptop computer);

   e.      One Seagate hard drive;

   f.      One Western Digital hard drive.

   g.      One Western Digital hard drive.

2.  Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 6, 2011, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed herein on December 16, 2011 (Filing No. 68).

3.  The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the following properties held by any person or entity are hereby forever barred and foreclosed:

      a.      One Dell Inspiron computer, Serial # DCZ2PL1;

      b.      One HP ZE5570US laptop computer, Serial #CNF3381JSG;

      c.      One HP Pavillion DV6000 laptop computer, Serial #CNF7255G7R;

      d.      One Seagate Momentus 5400.3 Hard Drive, Serial #5MA2TY5L (removed from HP Pavillion DV 6000 laptop computer);

      e.      One Seagate hard drive;

      f.      One Western Digital hard drive.

      g.      One Western Digital hard drive.

C.  The aforementioned properties be, and the same hereby are, forfeited to the United States of America.

D.  The United States is directed to dispose of said properties in accordance with law.

DATED this 28th day of December, 2011.

UNITED STATES DISTRICT COURT:

*Richard G. Kopf*
Senior United States District Judge